UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 8:11-cr-366-T-30TBM

ROGER LEE SHOSS

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY ORDER OF
FORFEITURE FOR 139 HAVERSHAM DRIVE, HOUSTON, TEXAS**

Before the Court is the United States' Motion for a Forfeiture Money Judgment (Doc. 148) against defendant Roger Lee Shoss in the amount of $800,000, and a Preliminary Order of Forfeiture for the following real property, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2):

> The real property, including all improvements thereon and appurtenances thereto, located at 139 Haversham Drive, Houston, Harris County, Texas, which is legally described as follows:
>
> The most Northerly 90 feet of Lot Nine (9), in Block Seven (7), of WHISPERING OAKS, SECTION THREE (3), a subdivision in Harris County, Texas, according to the map or plat thereof recorded in Volume 66, Page 37 of the Map Records of Harris County, Texas.

Following a Jury trial, the defendant was convicted of conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 371, as charged in Count One of the Indictment. Doc. 136. Based on the evidence presented at trial and restated in the government's motion, the Court hereby finds that as a result of the crime of conviction, defendant Roger Lee Shoss obtained $800,000 in criminal proceeds.

The Court further finds that the real property described above was purchased and maintained with proceeds of the conspiracy charged in Count One.

The Court further finds that the United States is entitled to a forfeiture money judgment against defendant Shoss in the amount of $800,000 and forfeiture of the Haversham Drive property. Under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the United States is entitled to forfeit any property belonging to the defendant as a substitute asset in satisfaction of his money judgment.

Accordingly, it is hereby

ORDERED and ADJUDGED that the United States' Motion (Doc. 148) is GRANTED.

It is further ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Roger Lee Shoss is jointly and severally liable to the United States of America, with co-conspirator, defendant Nicolette Loisel, for a forfeiture money judgment in the amount of $800,000, representing the amount of proceeds he obtained as a result of the wire fraud conspiracy for which he was convicted in Count One.

In addition, all right, title and interest of defendant Roger Lee Shoss in the real property, including all improvements thereon and appurtenances thereto, located at 139 Haversham Drive, Houston, Texas, more particularly described above, are FORFEITED to the United States of America for disposition according

to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of the Haversham Drive property and any other property belonging to the defendant that the government is entitled to seek up to the value of the money judgment, and to address any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on July 23, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-366.shoss forfeit money judgment.wpd