UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-366-T-30TBM

ROGER LEE SHOSS

### *AMENDED* FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for an *Amended* Final Judgment of Forfeiture (Doc. 244) pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following real property:

> The real property, including all improvements thereon and appurtenances thereto, located at 139 Haversham Drive, Houston, Harris County, Texas, which is legally described as follows:
>
> The most Northerly 90 feet of Lot Nine (9), in Block Seven (7), of WHISPERING OAKS, SECTION THREE (3), a subdivision in Harris County, Texas, according to the map or plat thereof recorded in Volume 66, Page 37 of the Map Records of Harris County, Texas.

Being fully advised in the premises, the Court finds as follows:

1. A trial was held in this case on the charges in the Indictment, and on May 22, 2012, the Jury found Roger Lee Shoss and co-defendant Nicolette Loisel guilty of the conspiracy to commit wire fraud, as charged in Count One of the Indictment. Docs. 135, 136.

2. Following the guilty verdicts, a brief hearing was held during which Shoss stipulated to the forfeiture of the Haversham Drive property. The jury entered a Special Verdict for Forfeiture finding that the property Shoss stipulated to the forfeiture of the Haversham Drive property, and the jury entered a Special Verdict for Forfeiture finding that

the property was traceable to proceeds the defendant obtained as a result of the wire fraud conspiracy charged in Count One. Doc. 138.

3. On July 23, 2012, the Court entered a Forfeiture Money Judgment in the amount of $800,000.00 against Shoss, and a Preliminary Order of Forfeiture, forfeiting to the United States all of Shoss's right, title, and interest in the Haversham Drive property. Doc. 150.

4. On August 9, 2012, Shoss was sentenced and the forfeiture of the Haversham Drive property was included in the Judgment. Docs. 158 and 159.

5. On October 24, 2012, the United States filed a Motion for Final Judgment of Forfeiture for the Haversham Drive property in which evidence was presented that notice of the forfeiture and the United States' intent to dispose of the property was sent to the only individuals and entities known to have a potential interest in the Haversham Drive property, including Xiao Ping Luo (owner of record), Bank of America, N.A. (mortgage holder), ASI Staffing, Inc., and the Harris County Tax Collector. Doc. 197.

6. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), publication also was effected via the official government website. *Id.*

7. Xiao Ping Luo, Bank of America, N.A., ASI Staffing, Inc., and the Harris County Tax Collector failed to file a petition to adjudicate interest or claim any interest in the Haversham Drive property within the time prescribed by law.

Although the Tax Collector failed to file a claim, the Government recognizes that, in order to pass clear title, it must satisfy any outstanding taxes due and owing, to the extent there are any, at the time of sale.

8. After the United States filed its Motion for Final Judgment of Forfeiture, on November 12, 2012, Bank of America, N.A., filed a Petition Claiming a Legal Interest in Property by virtue of its mortgage, and a Response to the United States' Motion for Final Judgment of Forfeiture. Docs. 202, 203.

9. The Court held a hearing on Bank of America's Petition and determined that Bank of America's late filing of its Petition was due to excusable neglect. Doc. 204.

10. Based on the Court's finding, the United States filed an Amended Motion for Final Judgment of Forfeiture, which recognized the interest of Bank of America, N.A., and the Harris County Tax Collector, and requested that the Court grant clear title to the United States of America, subject to those two interests of record. Doc. 223.

11. On January 24, 2013, the Court granted the United States' motion and entered the Final Judgment of Forfeiture, which vested clear title to the Haversham Drive property in the United States of America, subject to Bank of America's mortgage and the interest of the Harris County Tax Collector. Docs. 225, 226.

12. Defendant Roger Lee Shoss subsequently filed a Notice of Appeal, and on July 24, 2012, the decision of the 11th Circuit Court of Appeals (*United States v. Roger Lee Shoss,* Case No. 12-14238) affirmed Shoss's conviction. Docs. 160, 243.

Accordingly, it is hereby **ORDERED** that

1. The United States' motion (Doc. 244) is GRANTED.

2. It is FURTHER ORDERED that all right, title and interest of Xiao Ping Luo and ASI Staffing, Inc., in the real property located at 139 Haversham Drive, Houston, Harris County, Texas are FORFEITED to the United States of America. Accordingly, Xiao Ping Luo and ASI Staffing, Inc., have no interest in the Haversham Drive property.

3.  Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in 139 Haversham Drive, Houston, Texas are FORFEITED to the United States of America for disposition according to law, subject to the interest of the Harris County Tax Assessor/Collector for any unpaid *ad valorem* taxes and assessments due and owing at the time of sale, and the interest of Bank of America, N.A.

4.  Bank of America, N.A. has a prior vested interest in the Haversham Drive property by virtue of a promissory note and Deed of Trust. Bank of America, N.A.'s lien rights under the Deed of Trust are superior and senior to those of the United States. Therefore, solely from the proceeds of the sale of the Property (to the extent that there are sufficient proceeds), after the deduction of the United States' expenses relating to the seizure, maintenance, custody, publication, marketing, and sale of the Haversham Drive property, including any and all outstanding property taxes and interest due and owing the Harris County Tax Collector, Bank of America, N.A. is entitled to unpaid principal ($296,084.14), interest from August 1, 2012 to February 11, 2012 ($9,369.23), a County recording fee ($16.00), uncollected late charges ($298.59), other fees ($20.25), and an expedited payoff service fee ($30.00) totaling $305,818.21, and interest from February 11, 2013 to the date of sale at the per diem rate of $48.67.

The United States will not be responsible for any additional late fees or charges other than those described above. Any remaining net proceeds from the sale of the Haversham Drive property, after the satisfaction of the priorities listed above, shall be forfeited to the United States.

Subject to the above interests, **clear title** to the Haversham Drive property is now vested in the United States of America, which may warrant good title to any subsequent purchaser or transferee.

**DONE** and **ORDERED** in Tampa, Florida on September 9, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-366 amended fj Shoss 244.wpd