UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:11-cr-366-T-30TBM

ROGER LEE SHOSS

### ORDER ON JOINT MOTION TO APPROVE PAYOFF

THIS CAUSE comes before the Court upon the Joint Motion to Approve Payoff (Doc. 252) and the Court, having reviewed the Motion and being otherwise duly advised that the United States of America and Bank of America agree to the entry of this Order, it is,

**ORDERED** that:

1. The Joint Motion to Approve Payoff (Doc. 252) is GRANTED.

2. The United States hereby recognizes the interest of Bank of America and agrees to pay the following expenses due and owing Bank of America as of **May 22, 2014**:

   a. Principal balance of $296,084.14;

   b. Interest in the amount of $32,110.92 through May 22, 2014, and any additional interest due and owing at the rate of $48.67 per diem up to and including the date of payment;

   c. Fee for recording a satisfaction of mortgage in the amount of $16.00; and

   d. Escrow balance of $29,680.87.

3.  The payment to Bank of America shall be in full settlement and satisfaction of any and all claims by Bank of America to the Property and all claims resulting from the incidents or circumstances giving rise to this action.

4.  Upon payment, Bank of America agrees to record a satisfaction of mortgage and to release and hold harmless the United States, and any agents, servants, and employees of the United States (or any state or local law enforcement agency) acting in their individual or official capacities, its servants and employees, its heirs, successors or assigns from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims and/or demands whatsoever in law or in equity which Bank of America, its heirs, successors, or assigns ever had, now have, or may have in the future in connection with any action, civil or criminal, involving the property that is the subject of this agreement.

DONE AND ORDERED in Chambers in Tampa, Florida on May 12th, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Even\2011\11-cr-366 approve payoff.docx